## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | |
|---|---|
| THOMAS K. DAWES,<br><br>    Plaintiff,<br><br>v.<br><br>LOCAL 375, CIVIL SERVICE TECHNICAL GUILD, DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, ALF-CIO,<br><br>    Defendants. | Civil Action No.: 04-4002 (JLL)<br><br><br><br>**ORDER** |

IT IS on this 2nd day of November, 2006,

ORDERED that Plaintiff's Cross-Motion for Reconsideration [CM/ECF Docket Entry #51 and #52] is DENIED.

DATED: November 2, 2006

JOSE L. LINARES, U.S.D.J.