UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | |
|---|---|
| THOMAS K. DAWES, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 375, CIVIL SERVICE TECHNICAL GUILD, DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, ALF-CIO, <br><br> Defendants. | Civil Action No.: 04-4002 (JLL) <br><br><br> **ORDER** |

IT IS on this 2nd day of November, 2006,

ORDERED that Defendant's Motion for Leave to File a Renewed Motion for Summary Judgment [CM/ECF Docket Entry #49] is DENIED.

DATED: November 2, 2006

JOSE L. LINARES, U.S.D.J.